654

**Alvin HARVEY, Plaintiff–Appellant,**

v.

**Richard L. STALDER; J. Goodwin; M. Rhodes; Morman, Sergeant; Ward, Sergeant; Ferguson, Sergeant, Defendants–Appellees.**

No. 04–30277.

United States Court of Appeals,
Fifth Circuit.

Decided March 11, 2005.

Alvin Harvey, Louisiana Department of Public Safety & Corrections David Wade Correctional Center, Homer, LA, pro se.

Before REAVLEY, JOLLY and PRADO, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

The judgment of the district court is affirmed because the precedent of this circuit requires more than verbal abuse to raise a cause of action under 42 U.S.C. § 1983. *Gomez v. Chandler*, 163 F.3d 921 (5th Cir.1999).

AFFIRMED.